IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA ABNEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-6818 |
| | : | |
| CAROLYN W. COLVIN | : | |
| *COMMISSIONER OF THE SOCIAL* | : | |
| *SECURITY ADMINISTRATION* | : | |

**ORDER**

AND NOW, this 31st day of August, 2015, upon consideration of Plaintiff Donna Abney's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Abney's reply, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, Abney's objections thereto, and the Commissioner's response, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Abney's objections (Document 15) are OVERRULED;

2. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

3. Abney's Request for Review (Document 10) is DENIED;

4. Judgment is entered affirming the decision of the Commissioner of Social Security; and

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.